IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASSAN RICHARDSON | : | CIVIL ACTION |
| v. | : | |
| JOHN KERESTES, *et al.* | : | NO. 15-4687 |

## ORDER

**AND NOW**, this 15th day of August, 2018, it is hereby **ORDERED** that the Federal Community Defender Office for the Eastern District of Pennsylvania is appointed to represent Petitioner in this matter. Within thirty (30) days of the date of this Order, appointed counsel shall submit a letter to the undersigned to provide a status update; in particular, appointed counsel should be prepared to report on progress in locating essential witnesses and to estimate when counsel would be ready for the evidentiary hearing.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge